AO245B   Judgment in a Criminal Case (Rev. 09/11)
Sheet 1

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>**JENNIFER N. TUCKER** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:   5:14-CR-00023-01<br>                        5:14-CR-00024-01<br><br>USM Number:<br><br>Betty Marak<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]   pleaded guilty to count(s): One & Two of the Information
[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Count Number(s) | Date Offense Concluded |
|---|---|---|---|
| 18 USC § 641 | THEFT OF U.S. PROPERTY | 1 | 10/18/2013 |
| 18 USC § 641 | THEFT OF U.S. PROPERTY | 2 | 12/9/2013 |

   The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___.

[ ]   Count(s) ___  [] is  [] are  dismissed on the motion of the United States.

   IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and the United States attorney of any material changes in economic circumstances.

February 27, 2015
Date of Imposition of Judgment



Signature of Judge

MARK L. HORNSBY, United States Magistrate Judge
Name of Judge                                            Title of Judge

March 13, 2015
Date

AO245B    Judgement in a Criminal Case (Rev. 09/11 )
      Sheet 2 — Imprisonment

Judgment - Page 2  of  2

DEFENDANT:     JENNIFER N. TUCKER
CASE NUMBER:   5:14-CR-00023-01

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  2 months per count 1 and 2 months for count 2, to run consecutively, for a total of 4 months, with credit for time served .

    Defendant is further ordered to immediately pay a $25.00 special assessment for each count, for a total of $50.00.


[ ]    The court makes the following recommendations to the Bureau of Prisons:


[✓]    The defendant is remanded to the custody of the United States Marshal.


[ ]    The defendant shall surrender to the United States Marshal for this district:
       [ ] at ___  [] a.m.   [] p.m.   on ___.
       [ ] as notified by the United States Marshal.


[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2 p.m. on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                       _____
                                       UNITED STATES MARSHAL


                              By _____
                                  DEPUTY UNITED STATES  MARSHAL